JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY LEE OAKLEY, | Case No. 2:16-05986 R (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice as to Grounds One and Two and dismissed with prejudice as to Ground Three.

DATED:  September 25, 2019

_____

HONORABLE R. GARY KLAUSNER
United States District Judge